

FILED

10/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0440

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0440

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JOSEPH FRANCIS SILVA,

Defendant and Appellant.

FILED

OCT 0 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

The parties to this appeal have filed a stipulation and motion to dismiss the appeal with prejudice. The State of Montana concedes under the particular facts presented in this record that Silva's judgment should be corrected to reflect 385 days of credit for time served and that conditions numbered 1-10, 13-23, 29-31, and 36-43 should be stricken from the July 7, 2020 written judgment. The parties stipulate that the case should be remanded to the District Court with instructions to file an amended judgment reflecting these changes. Through his counsel, Silva has agreed to dismiss the remainder of his appeal with prejudice. Good cause appearing,

IT IS ORDERED that this matter is remanded to the Eighth Judicial District Court with instructions to issue an amended judgment in Cascade Cause No. ADC-18-700 awarding 385 days' credit for time served and striking conditions numbered 1-10, 13-23, 29-31, and 36-43 contained in the July 7, 2020 written judgment.

There being no other issue for consideration,

IT IS FURTHER ORDERED that the appeal is DISMISSED with prejudice.

The Clerk is directed to provide copies of this Order to all counsel of record, to the Clerk of Court for Cascade County, and to the Honorable John W. Larson, presiding District Judge.

Dated this 5 day of October, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices